IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GARY RAY BARRON,** | ) | |
| ID #1223067 | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 3:08-CV-1217-K |
| | ) | |
| **NATHANIEL QUARTERMAN,** | ) | |
| Director, Texas Department of | ) | |
| Criminal Justice, Correctional | ) | |
| Institutions Division, | ) | |
| Respondent | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** plaintiff's petition for habeas corpus.

**SIGNED** this 7th day of August, 2009.

*Ed Kinkeade*
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**